**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Roy Burk** | Social Security number or ITIN  **xxx–xx–4151** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **16–70424–JAD** | |

# Order of Discharge                                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roy Burk

11/2/16                                                                                    **By the court:**   Jeffery A. Deller
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-70424-JAD
Roy Burk                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: admin                Page 1 of 2              Date Rcvd: Nov 02, 2016
                               Form ID: 318               Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
```
db             +Roy Burk,    224 Spruce Street,    Cresson, PA 16630-2016
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14250680       +ABC Supply,    121 N Harrison Rd,    Bellefonte, PA 16823-3318
14239219       +AES/Keystone,    PO Box 61047,    Harrisburg, PA 17106-1047
14250681       +AES/PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
14276632       +AMERICAN BUILDERS & CONTRACTOR'S SUPPLY CO, INC.,    C/O ANDREW SKLAR, ESQ.,    SKLAR LAW LLC,
                 1200 LAUREL OAK RD, SUITE 102,    VOORHEES, NJ 08043-4317
14239218       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14239221       +Blair County DRS,    423 Allegheny St # 327,    Hollidaysburg, PA 16648-2022
14239224       +CITIMORTGAGE INC,    PO BOX 10002,    Hagerstown, MD 21747-0002
14250687        CITIMORTGAGE INC,    PO BOX 6243,    Sioux Falls, SD 57117-6243
14239225        COMMUNITY BANK NA,    Canton, NY 13617
14250689       +COMMUNITY BANK NA,    PO Box 628,    Olean, NY 14760-0628
14250685       +Carolyn Burk,    134 Westwood Park Road,    Altoona, PA 16601-7458
14250688       +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
14239228       +Enhanced Recovery,    10550 Deerwood Park Boulevard,    Suite 600,    Jacksonville, FL 32256-2811
14250695        James Latner,    328 High Street,    Cresson, PA 16630
14239230       +Leigh Ann Harber,    136 Beech Street,    Cresson, PA 16630-2143
14239232       +PA HIGHER EDU/AES,    POB 61017,    Harrisburg, PA 17106-1017
14239233       +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
14239234       +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
14250701       +Richard & Leigh Ann Harber,    136 Beech Street,    Cresson, PA 16630-2143
14239236       +Richard Harber,    136 Beech Street,    Cresson, PA 16630-2143
14250703       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Ste. 300,    Littleton, CO 80129-2386
14239239       +XPRESS LOAN SERVICING,    1 CIT DR,    Livingston, NJ 07039-5703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QJRWALSH.COM Nov 03 2016 01:18:00      James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose,
                 P.O. Box 280,    Johnstown, PA 15907-0280
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2016 01:31:49      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14239220       +EDI: GMACFS.COM Nov 03 2016 01:18:00      ALLY FINANCIAL,    P.O. BOX 380901,
                 Minneapolis, MN 55438-0901
14239222       +EDI: CAPITALONE.COM Nov 03 2016 01:18:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14239223       +EDI: CHASE.COM Nov 03 2016 01:18:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14239226       +EDI: CREDPROT.COM Nov 03 2016 01:18:00      Credit Protection,    13355 Noel Road,    Suite 2100,
                 Dallas, TX 75240-6837
14239227       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 03 2016 01:31:34      Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
14239229       +E-mail/Text: bknotice@erccollections.com Nov 03 2016 01:32:04      ERC Collections,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14250694       +E-mail/Text: bankruptcynotice@fcbanking.com Nov 03 2016 01:31:31      First Commonwealth Bank,
                 601 Philadelphia St,    Indiana, PA 15701-3952
14239231        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2016 01:31:48      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14239235        EDI: PRA.COM Nov 03 2016 01:18:00      Portfolio Recovery,    120 Corporate Blvd, Ste 100,
                 Norfolk, VA 23502
14239237       +EDI: NAVIENTFKASMSERV.COM Nov 03 2016 01:18:00      Sallie Mae,    PO Box 9533,
                 Wilkes Barre, PA 18773-9533
14239238       +EDI: VERIZONWIRE.COM Nov 03 2016 01:18:00      Verizon Wireless,    P.O. Box 3397,
                 Bloomington, IL 61702-3397
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial, LLC
aty*           +James R. Walsh,    Spence, Custer,Saylor,Wolfe & Rose,    P.O. Box 280,
                 Johnstown, PA 15907-0280
14250682*      +ALLY FINANCIAL,    P.O. BOX 380901,    Minneapolis, MN 55438-0901
14250679*      +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14250683*      +Blair County DRS,    423 Allegheny St # 327,    Hollidaysburg, PA 16648-2022
14250684*      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
14250686*      +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14250690*      +Credit Protection,    13355 Noel Road,    Suite 2100,    Dallas, TX 75240-6837
14250691*      +Ditech,    PO Box 6172,    Rapid City, SD 57709-6172
14250693*      +ERC Collections,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14250692*      +Enhanced Recovery,    10550 Deerwood Park Boulevard,    Suite 600,    Jacksonville, FL 32256-2811
14250696*       PA Department of Revenue,    Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14250697*      +PA HIGHER EDU/AES,    POB 61017,    Harrisburg, PA 17106-1017
14250698*      +PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
```

```
District/off: 0315-7          User: admin              Page 2 of 2              Date Rcvd: Nov 02, 2016
                              Form ID: 318             Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****
14250700*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery,    120 Corporate Blvd, Ste 100,
                 Norfolk, VA 23502)
14250699*      +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
14250702*      +Sallie Mae,    PO Box 9533,    Wilkes Barre, PA 18773-9533
14250704*      +Verizon Wireless,    P.O. Box 3397,    Bloomington, IL 61702-3397
14250705*      +XPRESS LOAN SERVICING,    1 CIT DR,   Livingston, NJ 07039-5703
                                                                                     TOTALS: 1, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
               ;jwalsh@ecf.epiqsystems.com
              James R. Walsh    on behalf of Trustee James R. Walsh jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
               ;jwalsh@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Roy  Burk ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```